IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DOROTHY CRIMM, ROBERT CRIMM and
ROGER CRIMM, as heirs of Ronald Allen
Crimm, Deceased**      **PLAINTIFFS**

**VS.**      **CIVIL ACTION NO. 4:05CV77LR**

**DENCO HOLDINGS, INC., d/b/a Magnolia
Cemetary**      **DEFENDANT**

### ORDER OF DISMISSAL

This cause comes before the Court *sua sponte*, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten (10) days; and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

IT IS SO ORDERED, this the 23rd day of March, 2006.

s/John M. Roper  
UNITED STATES MAGISTRATE JUDGE